```
1 LDR IBUPROFEN 200MG 100              $12.29
   UPC:096295130300  QHI
1 GILLETTE DELUXE SMOOTH               $29.79
1 PEPTO-BISMOL ULTRA 2X B               $8.99
   UPC:001490039303  QHI
1 BLUE Q TEACHER SOCKS CA              $12.99
1 BREATH SAVERS WINTERGRE               $1.29
                                      --------
                                       $65.35
Sales Tax:                              $6.00
Amount Due:                            $71.35


# Items: 5
Clerk ID: 2541
Register #: 3
Drawer #: 1


Debit Mastercard
A0000000041010


Approved Sale
$71.35
Charged to:
Mastercard
Entry: Contactlessicc
XXXXXXXXXXXX0146
Approval Code: 113837
```